**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                                      Civil No. 06-cv-354-PB

<u>General Electric Company</u>

**O R D E R**

Document Nos. 37 and 44 seek to strike evidence cited by defendant General Electric Company in its memorandum in support of its motion for summary judgment and its memorandum in opposition to the United States' motion for partial summary judgment. Because General Electric has failed to establish that the information in question is based on personal knowledge and is otherwise admissible under the rules of evidence, I grant the motions to strike.

    SO ORDERED.

                                        <u>/s/Paul Barbadoro</u>
                                        Paul Barbadoro
                                        United States District Judge

April 3, 2008

cc:  Peter Biagetti, Esq.
     Daniel Bleck, Esq.
     Bret Cohen, Esq.
     William Cowan, Esq.
     Catherine Fiske, Esq.
     Jeffrey Porter, Esq.
     Laura Rowley, Esq.