IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 06-CV-00354-PB |
| vs. | ) | |
| | ) | Judge Paul J. Barbadoro |
| GENERAL ELECTRIC COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNITED STATES' MOTION IN LIMINE
TO EXCLUDE THE PROPOSED TESTIMONY OF
GENERAL ELECTRIC COMPANY'S EXPERT WITNESS NEIL SHIFRIN**

Plaintiff United States hereby moves this Court to exclude the proposed testimony of

General Electric Company's expert witness Neil Shifrin pursuant to Federal Rule of Evidence

702.  The Rule requires that expert testimony should be reliable, relevant to the facts of a case,

and helpful to the trier of fact.  The proposed expert, Neil Shifrin, is an engineer who offers three

separate opinions in support of defendant General Electric Company's purported "useful

product" defense.  For the reasons set forth in the accompanying memorandum of law, Shifrin is

not qualified to offer these opinions: the opinions are not based upon reliable methodology; they

are not relevant; and they would not assist the Court to understand the evidence or to determine

any fact in issue.

A proposed Order excluding the expert testimony of Neil Shifrin is attached for this

Court's convenience.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington, D.C.  20530


   */s/* Catherine Adams Fiske

Dated: 08/01/2008        Catherine Adams Fiske, Trial Attorney
Environmental Enforcement Section
United States Department of Justice
One Gateway Center, Suite 616
Newton, MA 02458
(617) 450-0444

`          Laura J. Rowley, Trial Attorney
Peter M. Flynn, Senior Attorney
Environmental Enforcement Section
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044-7611


THOMAS P. COLANTUONO
United States Attorney
District of New Hampshire

Gretchen Leah Witt
Chief, Civil Division
Office of the United States Attorney
53 Pleasant Street, Fourth Floor
Concord, NH  03301-3904


OF COUNSEL:

RuthAnn Sherman
United States Environmental Protection Agency, Region 1
One Congress Street, Suite 1100 (SES)
Boston, MA  02114

Certificate of Service

      I, Catherine Adams Fiske, certify that the foregoing Motion, Memorandum and Proposed Order were filed and served electronically through ECF on Peter Biagetti and William "Mo" Cowan, counsel to the General Electric Company, on August 1, 2008.

                            /s/ C. A. Fiske
                            Catherine A. Fiske

Case 1:06-cv-00354-PB   Document 56   Filed 08/01/08   Page 4 of 4