IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America,        ) | |
| )           | |
| Plaintiff,          ) | |
| )           | Case No.: 06-CV-00354-PB |
| vs.                                     ) | |
| )           | Judge Paul J. Barbadoro |
| General Electric Company,  ) | |
| )           | |
| Defendant.        ) | |

**UNITED STATES' MOTION IN LIMINE TO LIMIT THE PROPOSED TESTIMONY OF GENERAL ELECTRIC COMPANY'S EXPERT WITNESS JAMES GIRARD**

Plaintiff, the United States of America (the "United States"), hereby moves this Court to limit the proposed testimony of General Electric Company's expert witness James Girard. The relief sought in this motion will conform with Federal Rule of Evidence 702 and First Circuit case law holding that expert testimony should be reliable and relevant to the facts of a case. Further, the relief sought will conform with a previous decision issued by this Court, and will conserve judicial resources by precluding irrelevant expert testimony at trial on a factual issue that is unestablished by admissible evidence. The United States attaches a memorandum of law in support of this Motion to explain why this Court should limit the testimony of GE's proposed expert witness James Girard to preclude him from offering testimony regarding the use of PCBs and/or scrap Pyranol as an ingredient in asphalt roof coating. The United States also attaches a proposed Order for this Court's convenience.

                        Respectfully submitted,

                        RONALD J. TENPAS
                        Assistant Attorney General
                        Environment and Natural Resources Division
                        United States Department of Justice
                        Washington, D.C.  20530

                         /s/ Laura J. Rowley
Dated: 08/03/2008          Laura J. Rowley, Trial Attorney
      `                    Peter M. Flynn, Senior Attorney
                        Environmental Enforcement Section
                        United States Department of Justice
                        P.O. Box 7611
                        Washington, D.C.  20044-7611
                        (202) 616-8763

                        Catherine Adams Fiske, Trial Attorney
                        Environmental Enforcement Section
                        United States Department of Justice
                        One Gateway Center, Suite 616
                        Newton, MA 02458

                        THOMAS P. COLANTUONO
                        United States Attorney
                        District of New Hampshire

                        Gretchen Leah Witt
                        Chief, Civil Division
                        Office of the United States Attorney
                        53 Pleasant Street, Fourth Floor
                        Concord, NH  03301-3904

OF COUNSEL:

RuthAnn Sherman
United States Environmental Protection Agency, Region 1
One Congress Street, Suite 1100 (SES)
Boston, MA  02114

<u>Certificate of Service</u>

     I, Laura J. Rowley, certify that the foregoing Motion, Memorandum and Proposed Order were filed and served electronically through ECF on Peter Biagetti and William "Mo" Cowan, counsel to the General Electric Company, on August 3, 2008.

                            <u>/s/ Laura J. Rowley</u>
                            Laura J. Rowley