IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 06-CV-00354-PB |
| vs. | ) | |
| | ) | Judge Paul J. Barbadoro |
| General Electric Company, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' NOTICE OF INTENT TO SEEK LEAVE TO FILE REPLY TO GENERAL ELECTRIC COMPANY'S MEMORANDUM IN OPPOSITION TO THE UNITED STATES' MOTION IN LIMINE TO EXCLUDE THE PROPOSED TESTIMONY OF GENERAL ELECTRIC COMPANY'S EXPERT WITNESS NEIL SHIFRIN**

Pursuant to Local Rule 7.1(e)(2), the United States hereby provides notice of its intention to seek leave of the Court to file a reply to the General Electric Company's Memorandum in Opposition to the United States' Motion in Limine to Exclude the Proposed Testimony of General Electric Company's Expert Witness Neil Shifrin.  See Docket Nos. 59, 61.  The United States will file its Motion for Leave to File Reply, along with its proposed Reply, on or before September 2, 2008.  See Fed. R. Civ. P. 6(a); L.R. 7.1(e)(2).

        Respectfully submitted,

        RONALD J. TENPAS
        Assistant Attorney General
        Environment and Natural Resources Division
        United States Department of Justice
        Washington, D.C.  20530

        Catherine Adams Fiske, Trial Attorney
        Environmental Enforcement Section
        United States Department of Justice
        One Gateway Center, Suite 616
        Newton, MA 02458
        addie.fiske@usdoj.gov
        (617) 450-0444

        */s/* Laura J. Rowley
        Laura J. Rowley, Trial Attorney
        Peter M. Flynn, Senior Attorney
        Environmental Enforcement Section
        United States Department of Justice
        P.O. Box 7611
        Washington, D.C.  20044-7611

        THOMAS P. COLANTUONO
        United States Attorney
        District of New Hampshire

        Gretchen Leah Witt
        Chief, Civil Division
        Office of the United States Attorney
        53 Pleasant Street, Fourth Floor
        Concord, NH  03301-3904


OF COUNSEL:

RuthAnn Sherman
United States Environmental Protection Agency
Region 1
One Congress Street, Suite 1100 (SES)
Boston, MA  02114

<u>Certificate of Service</u>

    I, Laura J. Rowley, certify that the foregoing Notice was filed and served electronically through ECF on Peter Biagetti and William "Mo" Cowan, counsel to the General Electric Company, on August 20, 2008.

                                      <u>/s/ Laura J. Rowley</u>
                                      Laura J. Rowley