## Alphabetical List of the United States' Demonstrative Exhibits
(Cited as US Dem. Ex. __)

1. Chronology of the GE/Fletcher's Relationship and the Fletcher's Site (DEM0000013-15)

2. Destination of GE's Scrap Pyranol (DEM000005-7)

3. Estimated Gallons of Scrap Pyranol Transferred by GE to Fletchers 1953-1967 (DEM000008-10)

4. Generation and Collection of Contaminants in Scrap Pyranol During GE's Manufacturing Process (DEM0000011-12)

5. Total Amount of Scrap Pyranol Added to Paint by Fletcher's (DEM000001-2)

6. When Not Sent to Landfills or into the Hudson River, GE Employees' Beliefs About Other Destinations for Scrap Pyranol (DEM000003-4)

7. Witness Identification (DEM0000016-17)