## WITNESS IDENTIFICATION

| Name | Employer | Background | Testimony/Support |
|---|---|---|---|
| Abbe, Robert | GE | Worked as Manager of Materials from 1963 to 1974 in Hudson Falls. | Abbe Dep 1/6/93 at 8:14-18 |
| Abbott, Abraham | GE | Worked in treat area as a chemical technician at Fort Edward, starting in 1952. | Abbott Dep 10/22/92 at 6:5-7:18 |
| Cerkowski, Edward | GE | Worked for many years at GE, including as the unit manager in the treat room at Hudson Falls from 1969-1972 | Cerkowski Dep 1/7/93 at 16:21-17:1 |
| Clark, Albert | GE | Worked as senior buyer of indirect materials for Hudson Falls from December 1965-August 1968. | Clark Dep 6/24/08 at 9:25-10:7, 10:23-11:3 |
| Cozzens, Elmer | GE | Worked as an accountant at Hudson Falls from 1956-1960's, then transferred to cost accounting (i.e. maintaining the inventory) before returning as a general accountant in the early 1970's. | Cozzens Dep 1/5/93 at 6:7-9:24 |
| Dashnaw, George | GE | Worked at GE, including as foreman of maintenance from about 1963 or 1965 through 1984. | Dashnaw Dep 11/24/92 at 16:1-18:12 |
| Fletcher, Frederic | Fletcher's | Owner of a paint manufacturing and scrap business in Milford, New Hampshire, known as "Fletcher's." Mr. Fletcher died in 1983. | Hooper Dep 4/29/92 at 22:8; Hooper Dep 7/13/00 at 10:7-12:18, 64:6-13 |
| Fletcher, Richard | Fletcher's | Worked at Fletcher's from 1968-1988, and is Frederic Fletcher's step-son. | Fletcher Dep 12/18/00 at 5:24-6:3, 34:6-15 |
| Flexon, James | GE | Worked on the factory floor in Hudson Falls, in the recovery area, beginning in 1967. | Flexon Dep 1/7/93 at 4:7-15 |
| Harrington, John | GE | Worked for GE from 1951-1968, including in repair area. | Harrington 2007 Affidavit 1/15/07 at ¶¶ 1, 2 |
| Hooper, Wallace | GE | Worked for Fletcher's from mid-1940's through 1987, including as a truck driver. | Hooper Dep 4/29/92 at 6:13-7:16 |
| Huchro, Stanley | GE | Worked at Hudson Falls beginning in October 1956 as part of the manufacturing engineering group. | Huchro Dep 10/22/92 at 11:8-21 |

DEM000016

**WITNESS IDENTIFICATION**

| Name | Employer | Background | Testimony/Support |
|---|---|---|---|
| Metevier, Tony | GE | Worked as foreman of the Scrap & Salvage Department in Hudson Falls. | 2001 Narrative for GE's 30(b)(6) Witness Siebels Dep, Exhibit 2, Tab 31 (E) at SIE000175 |
| Murray, John | GE | Worked as the manager of the treat section at Hudson Falls from 1958-1963. | Murray Dep 11/24/92 at 12:8-20 |
| Nutter, Warner, Jr. | Fletcher's | Worked as driver for Fletcher's for about 8 years, likely during 1950's. | Nutter Dep 4/28/92 at 9:15-10:21 |
| Papageorge, William | Monsanto | Worked at Monsanto | 2001 Narrative for GE's 30(b)(6) Witness Siebels Dep, Exhibit 2, Tab 31 at SE00097-99 |
| Racicot, John | Fletcher's | Worked at Fletcher's from about 1962-1968. | Racicot Declaration 4/3/07 at ¶¶ 1, 2 |
| Siebels, Jill | GE | GE's 30(b)(6) designee for deposition in the case of GE v. American Annuity Group, Inc., et al. | GE's 30(b)(6) Witness Siebels Dep (GE v. American Annuity) 10/10/01 at 5:17-20, 16:1-17:10 |
| Varnum, Edward | GE | Worked as foreman of the shipping and receiving in Hudson Falls and succeeded Metevier. | 2001 Narrative for GE's 30(b)(6) Witness Siebels Dep at SIE000157 |
| Whitney, Richard | Fletcher's | Worked at Fletcher's from approximately 1960-1968. | Whitney Dep (GE v. American Annuity) 1/16/01 at 11:11-16 |

Document # 1261301-v1

DEM000017