IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06-CV-00354-PB |
| vs. ) | |
| ) | Judge Paul J. Barbadoro |
| General Electric Company, ) | |
| ) | |
| Defendant. ) | |

**JOINT DEPOSITION DESIGNATIONS FOR JAMES E. GIRARD
AND RICHARD GRANITO**

**JAMES E GIRARD**      **Jul 18, 2007**

| Start | End | Party |
|---|---|---|
| 1 | 1 | US Designation |
| 1 | 1 | GE Designation |
| 2:1 | 2:17 | GE Designation |
| 5:1 | 5:7 | GE Designation |
| 6:7 | 6:11 | GE Designation |
| 6:23 | 7:6 | GE Designation |
| 7:7 | 8:15 | US Designation |
| 8:16 | 9:24 | GE Designation |
| 10:12 | 11:21 | GE Designation |
| 10:12 | 10:14 | US Designation |
| 14:2 | 14:21 | GE Designation |
| 15:10 | 15:15 | US Designation |
| 15:16 | 17:22 | GE Designation |
| 18:12 | 21:11 | GE Designation |
| 18:12 | 18:17 | US Designation |
| 20:19 | 20:23 | US Designation |
| 21:12 | 21:14 | US Designation |
| 21:21 | 22:1 | US Designation |
| 26:8 | 28:10 | GE Designation |
| 30:1 | 30:25 | GE Designation |
| 30:14 | 30:25 | US Designation |
| 31:15 | 31:24 | GE Designation |
| 31:25 | 32:9 | US Designation |
| 32:17 | 32:21 | US Designation |
| 33:11 | 34:7 | GE Designation |

| | | |
|---|---|---|
| 35:3 | 35:11 | US Designation |
| 35:22 | 35:24 | US Designation |
| 36:3 | 36:7 | GE Designation |
| 36:16 | 36:21 | US Designation |
| 40:1 | 42:7 | GE Designation |
| 43:16 | 43:23 | GE Designation |
| 43:24 | 44:3 | US Designation |
| 44:10 | 44:19 | GE Designation |
| 44:21 | 45:1 | US Designation |
| 47:3 | 47:7 | US Designation |
| 47:15 | 47:22 | US Designation |
| 49:17 | 50:5 | US Designation |
| 49:17 | 50:5 | GE Designation |
| 55:17 | 55:20 | US Designation |
| 56:15 | 56:20 | US Designation |
| 56:22 | 57:4 | GE Designation |
| 58:19 | 59:1 | GE Designation |
| 60:25 | 61:20 | GE Designation |
| 62:7 | 62:15 | GE Designation |
| 63:13 | 63:15 | US Designation |
| 63:16 | 64:13 | GE Designation |
| 65:11 | 65:19 | US Designation |
| 65:21 | 66:1 | US Designation |
| 67:22 | 68:21 | US Designation |
| 69:7 | 69:14 | US Designation |
| 71:15 | 72:3 | US Designation |
| 72:14 | 73:16 | US Designation |
| 84:21 | 85:23 | US Designation |
| 87:13 | 87:18 | US Designation |
| 88:22 | 89:3 | US Designation |
| 89:5 | 91:16 | GE Designation |
| 93:24 | 94:1 | US Designation |
| 94:2 | 96:14 | GE Designation |
| 98:7 | 99:4 | GE Designation |
| 100:19 | 101:11 | US Designation |
| 102:6 | 102:22 | US Designation |
| 104:3 | 104:7 | US Designation |
| 106:20 | 107:22 | GE Designation |
| 109:20 | 110:5 | GE Designation |
| 110:21 | 111:3 | US Designation |
| 113:17 | 114:20 | GE Designation |
| 118:7 | 118:10 | US Designation |
| 118:17 | 118:21 | US Designation |
| 119:16 | 120:12 | GE Designation |
| 122:1 | 125:20 | GE Designation |
| 123:18 | 123:19 | US Designation |
| 124:19 | 125:6 | US Designation |
| 126:7 | 126:11 | US Designation |
| 127:14 | 127:17 | US Designation |
| 127:18 | 128:11 | GE Designation |
| 139:12 | 140:6 | US Designation |
| 142:5 | 143:15 | US Designation |

| Start | End | Party |
|---|---|---|
| 143:24 | 146:2 | GE Designation |
| 146:13 | 147:20 | GE Designation |
| 148:8 | 150:8 | GE Designation |
| 148:8 | 148:17 | US Designation |
| 150:4 | 150:8 | US Designation |
| 150:23 | 151:6 | US Designation |
| 153:5 | 153:8 | US Designation |
| 153:10 | 153:15 | US Designation |
| 155:11 | 158:9 | GE Designation |
| 158:11 | 158:23 | US Designation |
| 159:4 | 159:16 | US Designation |
| 160:7 | 161:2 | GE Designation |
| 161:3 | 161:15 | US Designation |
| 162:4 | 162:14 | US Designation |
| 164:12 | 166:9 | GE Designation |
| 166:23 | 166:25 | US Designation |
| 175:2 | 175:9 | US Designation |
| 175:11 | 175:22 | GE Designation |
| 175:23 | 176:1 | US Designation |
| 176:17 | 177:4 | US Designation |
| 181:14 | 181:16 | US Designation |
| 183:17 | 184:3 | US Designation |
| 189:9 | 210:18 | GE Designation |
| 190:11 | 191:1 | US Designation |
| 211:1 | 212:25 | GE Designation |

**RICHARD GRANITO**        Aug. 2, 2007

| Start | End | Party |
|---|---|---|
| 2:1 | 3:9 | GE Designation |
| 7:13 | 7:17 | GE Designation |
| 8:4 | 8:09 | GE Designation |
| 8:23 | 9:17 | GE Designation |
| 9:13 | 9:20 | US Designation |
| 13:12 | 13:20 | US Designation |
| 13:24 | 14:08 | GE Designation |
| 16:13 | 16:17 | GE Designation |
| 16:18 | 17:1 | US Designation |
| 17:7 | 17:21 | US Designation |
| 18:24 | 20:17 | GE Designation |
| 24:18 | 24:24 | US Designation |
| 26:5 | 28:3 | GE Designation |
| 29:15 | 29:24 | US Designation |
| 30:1 | 31:2 | US Designation |
| 31:8 | 31:18 | US Designation |
| 32:12 | 33:18 | GE Designation |
| 33:19 | 35:11 | US Designation |
| 36:2 | 38:1 | US Designation |
| 37:18 | 38:14 | GE Designation |
| 38:7 | 39:20 | US Designation |

| | | |
|---|---|---|
| 39:8 | 39:23 | GE Designation |
| 40:6 | 40:12 | US Designation |
| 41:6 | 43:2 | GE Designation |
| 43:3 | 44:1 | US Designation |
| 44:8 | 45:17 | GE Designation |
| 46:8 | 47:23 | US Designation |
| 48:23 | 50:14 | GE Designation |
| 52:4 | 53:12 | US Designation |
| 54:8 | 59:12 | US Designation |
| 59:18 | 59:23 | US Designation |
| 62:15 | 64:13 | US Designation |
| 66:22 | 67:9 | US Designation |
| 67:13 | 68:3 | US Designation |
| 69:11 | 69:16 | GE Designation |
| 72:11 | 76:13 | GE Designation |
| 76:14 | 76:21 | US Designation |
| 77:6 | 78:2 | US Designation |
| 79:7 | 80:8 | GE Designation |
| 80:12 | 80:15 | US Designation |
| 81:18 | 82:4 | US Designation |
| 82:7 | 82:20 | US Designation |
| 84:3 | 84:22 | GE Designation |
| 85:8 | 86:5 | US Designation |
| 86:11 | 88:19 | GE Designation |
| 86:16 | 87:13 | US Designation |
| 88:20 | 89:9 | US Designation |
| 90:6 | 107:1 | GE Designation |
| 91:6 | 91:14 | US Designation |
| 96:20 | 96:24 | US Designation |
| 99:6 | 99:16 | US Designation |
| 101:7 | 101:15 | US Designation |
| 105:1 | 106:2 | US Designation |
| 107:2 | 108:2 | US Designation |
| 110:6 | 110:10 | US Designation |
| 113:18 | 115:14 | GE Designation |
| 116:4 | 121:17 | GE Designation |
| 123:2 | 123:10 | GE Designation |
| 125:9 | 126:5 | US Designation |
| 128:16 | 129:1 | US Designation |
| 140:22 | 141:9 | US Designation |
| 140:22 | 141:22 | GE Designation |
| 144:8 | 147:19 | GE Designation |
| 145:15 | 145:19 | US Designation |
| 154:2 | 154:14 | US Designation |
| 154:2 | 156:15 | GE Designation |
| 154:18 | 155:16 | US Designation |
| 157:4 | 157:23 | US Designation |
| 165:1 | 166:24 | GE Designation |
| Errata | | GE Designation |

                          Respectfully submitted,

                          RONALD J. TENPAS
                          Assistant Attorney General
                          Environment and Natural Resources Division
                          United States Department of Justice
                          Washington, D.C.  20530

Date: November 6, 2008      /s/ Donald G. Frankel,_____
                          Donald G. Frankel, Trial Attorney
                          Environmental Enforcement Section
                          United States Department of Justice
                          One Gateway Center, Suite 616
                          Newton, MA 02458
                          donald.frankel@usdoj.gov
                          617-450-0442

                          Peter M. Flynn, Senior Attorney
                          Laura J. Rowley, Trial Attorney
                          Environmental Enforcement Section
                          United States Department of Justice
                          P.O. Box 7611
                          Washington, D.C.  20044-7611

                          Catherine Adams Fiske, Trial Attorney
                          Environmental Enforcement Section
                          United States Department of Justice
                          One Gateway Center, Suite 616
                          Newton, MA 02458

                          THOMAS P. COLANTUONO
                          United States Attorney
                          District of New Hampshire

                          Gretchen Leah Witt
                          Chief, Civil Division
                          Office of the United States Attorney
                          53 Pleasant Street, Fourth Floor
                          Concord, NH  03301-3904

OF COUNSEL:
RuthAnn Sherman
United States Environmental Protection Agency
Region 1
One Congress Street, Suite 1100 (SES)
Boston, MA  02114

FOR DEFENDANT, GENERAL ELECTRIC COMPANY,

                          /s/ William "Mo" Cowan_____
                          Peter A. Biagetti, Esq.
                          William M. Cowan, Esq.
                          Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
                          One Financial Center
                          Boston, MA 02111
                          (617) 348-4472
                          pbiagetti@mintz.com