UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GENERAL ELECTRIC COMPANY, ) <br> ) <br> Defendant. ) | Case No.: 06-CV-00354-PB <br><br> Judge Paul J. Barbadoro |

ORDER APPROVING THE PARTIES' JOINT MOTION
TO AMEND CASE MANAGEMENT ORDER AND EXTEND TIME FOR
COMPLETING DISCOVERY

This matter comes before this Court pursuant to the Parties' Joint Motion to Amend the Case Management Order and Extend Time for Completing Discovery, and finding that good cause exists for the request contained in that Motion,

It is hereby ORDERED that the schedule, as set forth in the Case Management Order, Doc. No. 100, dated December 10, 2008, shall be modified as follows:

|  | Current Deadline Pursuant to the CMO | Revised Deadline |
|---|---|---|
| US Produces Decision and any Administrative Record to GE Documenting Any Decision on Potential ROD Amendment | N/R | July 3 |
| Completion of Exchange of Updated Discovery Responses | N/R | July 31 |

| Completion of fact witness depositions | June 15 | October 2 |
| Service of Requests for Admission | July 15 | October 23 |
| Response to Requests for Admission | August 15 | November 20 |
| Disclosure of expert witnesses and reports | August 31 | December 11 |
| Disclosure of rebuttal expert witnesses and reports | October 15 | January 29, 2010 |
| Completion of expert witness depositions | November 28 | February 26, 2010 |
| Dispositive motions (summary judgment) | January 15, 2010 | April 2, 2010 |
| Oppositions to dispositive motions | March 1, 2010 | April 30, 2010 |
| Replies to oppositions | March 15, 2010 | May 21, 2010 |

Entered as an order of this Court this __15__ day of June, 2009.

/s/ Paul Barbadoro
United States District Judge

cc:   Counsel of Record

2