UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                      Case No. 06-cv-354-PB

<u>General Electric Company</u>

**J U D G M E N T**

In accordance with the following, judgment is hereby entered:

Bench Ruling rendered on November 10, 2008 by Judge Paul Barbadoro finding that GE did otherwise arrange for the disposal of the scrap Pyranol when it entered into its relationship with Mr, Fletcher; the Stipulation and Order as to the Removal Action Costs dated July 9, 2010, and the Order dated December 3, 2010 by Judge Paul Barbadoro granting plaintiff's cross motion to summary judgment.

                        By the Court,

                        /s/ James R. Starr
                        James R. Starr, Clerk

December 6, 2010

cc:    Counsel of Record