UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                    Case No. 06-cv-354-PB

<u>General Electric Company</u>

## **AMENDED JUDGMENT**

In accordance with the following, judgment is hereby entered:

Bench Ruling rendered on November 10, 2008 by Judge Paul Barbadoro finding that GE did otherwise arrange for the disposal of the scrap Pyranol when it entered into its relationship with Mr. Fletcher; the Stipulation and Order as to the Removal Action Costs dated July 9, 2010; the Stipulation, Order and Declaratory Judgment (Removal Action Costs are Not Time-Barred) signed by the Parties on July 2, 2010; and the Order dated December 3, 2010 by Judge Paul Barbadoro granting plaintiff's cross motion for summary judgment.

                                              By the Court,

                                              /S/ James R. Starr
                                              James R. Starr, Clerk

December 14, 2010

cc:    Counsel of Record