# United States Court of Appeals
## For the First Circuit

No. 11-1034

UNITED STATES

Plaintiff - Appellee

v.

GENERAL ELECTRIC COMPANY

Defendant - Appellant

**MANDATE**

Entered: April 25, 2012

In accordance with the judgment of February 29, 2012, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Seth R. Aframe
Peter Anthony Biagetti
Bret A. Cohen
Catherine A. Fiske
Peter M. Flynn
Donald G. Frankel
Lisa Elizabeth Jones
Bradford T. McLane
Andrew N. Nathanson
Robert Harris Oakley
Jeffrey R. Porter
Laura J. Rowley
Ruthann Sherman
Colin Grant Van Dyke